DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEE'S CROSSING HOMEOWNERS ASSOCIATION, INC.,**
Appellant,

v.

**JOHN C. BECKER,**
Appellee.

No. 4D2025-1323

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502020CA012434XXXXMB.

Eric Vaughn-Flam of Eric Vaughn-Flam, P.A., Vero Beach, for appellant.

Scott W. Zappolo of Zappolo Law, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***